IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:06CV245

| | |
|---|---|
| PERDUE FARMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DESIGN BUILD CONTRACTING CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**This matter is before the Court** upon Motion for Admission *Pro Hac Vice* of Gregory J. Wartman of Saul Ewing LLP.

It appears to the Court that good cause exists to allow the Motion, and the requirements for *Pro Hac Vice* Admission are met; and therefore, the motion is allowed.

Signed: October 26, 2006

David C. Keesler
United States Magistrate Judge