IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CV-245-GCM

| | |
|---|---|
| PERDUE FARMS INCORPORATED,  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DESIGN BUILD CONTRACTING  )<br>CORPORATION,  )<br>Defendant.  )<br>  ) | **ORDER** |

    THIS MATTER is before the court on its own motion. The Parties filed their Certification and Report of Initial Attorney's Conference [doc. 46] on June 2, 2008. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. All parties are directed to appear for this conference on **Tuesday, June 17, 2008 at 2:30 p.m.**

    IT IS SO ORDERED.

                                             Signed: June 5, 2008

                                             Graham C. Mullen
                                             United States District Judge