IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06-CV-245-GCM**

| | |
|---|---|
| PERDUE FARMS, INC., ) | |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **ADMISSION PRO HAC VICE** |
| DESIGN BUILD CONTRACTING GROUP, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon the motion of Plaintiff Perdue Farms, Inc., to allow **Rachel Hirsch** to appear *Pro Hac Vice*, dated June 9, 2008 [doc # 49].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Ms. Hirsch has paid the fee of Two Hundred and Fifty Dollars ($250.00) to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: June 10, 2008

Graham C. Mullen
United States District Judge