UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:06CV245

PERDUE FARMS INCORPORATED

Plaintiff,

v.

DESIGN BUILD CONTRACTING
CORPORATION

Defendant.

**ORDER GRANTING JOINT MOTION TO EXTEND
ADR AND DISCOVERY DEADLINES**

UPON CONSIDERATION OF the parties Joint Motion to Extend ADR and Discovery Deadlines, it is hereby ORDERED:

(1) That the parties' Joint Motion is GRANTED; and

(2) That the Scheduling Order be modified in accordance with the Joint Motion as follows:

| | |
|---|---|
| ADR Deadline | 2/27/09 |
| Discovery Deadline | 4/27/09 |

Signed: November 25, 2008

*Graham C. Mullen*

Graham C. Mullen
United States District Judge